



KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN FITZGERALD BELL<br>NENITA BELL<br><br><br><br>DEBTOR(S). | Case NO: LA08-24580-EC<br><br>CHAPTER 13<br><br>**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §1307(c)(6)**<br><br>DATE:    January 21, 2010<br>TIME:    3:00 pm<br>PLACE:   Royal Building<br>         Courtroom 1639 - 16th Floor<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

On January 21, 2010 at 3:00 pm in Courtroom 1639 - 16th Floor, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Ellen Carroll heard the Chapter 13 Trustee's Motion to Dismiss the Chapter 13 Case Due to Delinquent Plan Payments. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court and good cause appearing,

IT IS HEREBY ORDERED:

The Trustee's Motion to Dismiss the Case is granted and the case is dismissed.

DATED: 2/2/10

_Ellen Carroll_
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE BY U.S. MAIL

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 1/25/10, I served the "**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §1307(c)(6)** " by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 1/25/10

*Perlita Gozun*

Perlita Gozun

### Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

JOHN FITZGERALD BELL
NENITA BELL
1125 E. 10TH STREET
LONG BEACH, CA 90813

LAW OFFICE OF TODD B. BECKER
3750 E ANAHEIM ST
SUITE 100
LONG BEACH, CA 90804

| | |
|---|---|
| KATHY A. DOCKERY<br>STANDING CHAPTER 13 TRUSTEE<br>700 S. FLOWER ST., SUITE 1950<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400 | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In Re:<br><br>JOHN FITZGERALD BELL<br>NENITA BELL | |
| Movants(s)/Plaintiff(s)<br>vs.<br><br>Respondent(s)/Defendant(s) | CHAPTER 13 CASE NUMBER<br>LA08-24580-EC<br><br>[ ] REFERENCE NUMBER<br>[ ] ADVERSARY NUMBER |

## NOTICE OF ENTRY OF JUDGEMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified pursuant to Local Bankruptcy Rule 116 (1) (a) (iv), that a judgment or order entitled:

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §1307(c)(6)
was entered on:    FEB - 3 2010

2. I hereby certify that I mailed a copy of this notice and true copy of the order or judgment to the person and entities listed below: FEB - 3 2010

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

JOHN FITZGERALD BELL
NENITA BELL
1125 E. 10TH STREET
LONG BEACH, CA 90813

LAW OFFICE OF TODD B. BECKER
3750 E ANAHEIM ST
SUITE 100
LONG BEACH, CA 90804

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA 90017

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk